

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

_____

ROBERT FRAZER
UNITED STATES ATTORNEY

*Natalie Candela*
*Special Assistant United States Attorney*

*970 Broad Street, Suite 700*          *main: (973) 645-2700*
*Newark, NJ 07102*                      *direct:(973) 297-2012*
*natalie.candela@usdoj.gov*

July 27, 2026

**<u>Via ECF</u>**
Hon. Madeline Cox Arleo, U.S.D.J.
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

   Re: *Osorio Leon v. Tsoukaris, et al.,* **No. 26-7188 (MCA)**
     **Status Update**

Dear Judge Arleo:

   This Office represents Respondents in the above habeas immigration action. We respectfully write to confirm that ICE has advised it released Petitioner from custody at the Delaney Hall Detention Facility on July 14, 2026 at 11:20 PM. We sincerely apologize for the untimely filing of this status report and respectfully request that the Court accept it *nunc pro tunc.*

   We thank the Court for its attention to this matter.

        Respectfully submitted,

        ROBERT FRAZER
        United States Attorney

    By: *s/ Natalie Candela*
      NATALIE CANDELA
      Special Assistant U.S. Attorney
      *Attorneys for Respondents*

cc: All counsel of record (*via electronic filing*)

         Case shall be closed.
         SO ORDERED

         *s/Madeline Cox Arleo*
         MADELINE COX ARLEO, U.S.D.J.

         Date: 7/28/26